```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
KEVIN CHEEK,                        :
                                    :   98 Civ. 4568 (LAP)(MHD)
            Petitioner,             :
                                    :   ORDER ADOPTING REPORT &
       v.                           :   RECOMMENDATION
                                    :
CHRISTOPHER ARTUZ, Superintendent,  :
Green Haven Correctional Facility,  :
                                    :
            Respondent.             :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

On March 1, 2013, Magistrate Judge Dolinger issued a Report and Recommendation concluding that Petitioner must apply to the United States Court of Appeals for the Second Circuit for authorization to file a second or successive habeas petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner evidently has already noted this requirement and petitioned the Court of Appeals accordingly. Having received no objections and finding Judge Dolinger's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED.

DATED:   New York, New York
         April 21, 2015

                                        /s/ Loretta A. Preska
                                        LORETTA A. PRESKA
                                        Chief U.S. District Judge

1